STATE OF CONNECTICUT *v.* ROGER D. CAWTHRA
(10596)

DUPONT, C. J., DALY and FOTI, Js.

Argued December 2—decision released December 22, 1992

*Helena P. Walton,* with whom were *William H. Narwold* and *William H. Bright, Jr.,* for the appellant (defendant).

*Marjorie Allen Dauster,* deputy assistant state's attorney, with whom, on the brief, were *John M. Bailey,* state's attorney, and *Joan Alexander,* assistant state's attorney, for the appellee (state).

PER CURIAM. The state concedes and we agree that the instructions of the trial court constitute reversible error.

The judgment is reversed and the case is remanded for a new trial.